UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID D. VEREEN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** ) |
| | ) No. 5:10-CV-569-FL ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objection, and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 27, 2011, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on December 27, 2011, and Copies To:**

Robert A. Joneth (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


December 27, 2011       DENNIS P. IAVARONE, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk